UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61329-BLOOM/Reid

WENXIA MAN

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Memorandum of Law in Support, ECF No. [1], filed on May 28, 2019 ("Motion"). The Motion was previously referred to the Honorable Lisette M. Reid for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [2]. On March 27, 2020, Judge Reid issued a R&R addressing each of the four ineffective assistance of counsel claims. After analyzing the merits of each claim, Judge Reid recommended that the Motion be denied. ECF No. [8]. The R&R states that Petitioner shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, Petitioner has filed no objections, nor has she sought additional time in which to do so.

The Court has conducted a *de novo* review of Judge Reid's R&R, the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

Case No. 19-cv-61329-BLOOM/Reid

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Reid's R&R, **ECF No. [8]**, is **ADOPTED**;

2. Defendant's Motion to Vacate or Set Aside Sentence, **ECF No. [1]**, is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. All pending motions are **DENIED AS MOOT**; and,

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 20, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Wenxia Man, *pro se*
12658 Torrey Bluff Drive
Apt. 287
San Diego, CA 92130